# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR PENA ALCAZAR, | Case No. 1:26-cv-00876-JLT-EPG-HC |
| Petitioner, | ORDER FOR SUPPLEMENTAL BRIEFING |
| v. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, | |
| Respondents. | |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that challenges his prolonged immigration detention absent a bond hearing. (ECF No. 1.)

On March 6, 2026, Respondents filed a motion to dismiss, arguing that Petitioner is "an 'applicant for admission' who is subject to mandatory detention by ICE under 8 U.S.C. § 1225(b)(2)." (ECF No. 11 at 1.) On March 18, 2026, Petitioner filed a response to the motion to dismiss. (ECF No. 12.)

A search of the Executive Office for Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-Number indicates that Petitioner was ordered removed on March 30, 2026. See https://acis.eoir.justice.gov/en/caseInformation (last visited May 12, 2026). The Court finds that supplemental briefing on the impact of the removal order, if any, on the petition would assist the Court in this matter.

1

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and

2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner SHALL FILE a supplemental brief.

IT IS SO ORDERED.

Dated:   **May 12, 2026**                     /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2