# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR PENA ALCAZAR,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondents. | Case No. 1:26-cv-00876-JLT-EPG-HC<br><br>ORDER DIRECTING PETITIONER TO FILE DOCUMENTATION REGARDING NEW NOTICE OF APPEAL AND FEE WAIVER<br><br>ORDER DIRECTING RESPONDENTS TO FILE REPLY TO PETITIONER'S OBJECTIONS |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 14, 2026, the undersigned issued findings and recommendations to dismiss the petition as moot because "Petitioner's detention is governed by § 1231 because a removal order was issued on March 30, 2026, (ECF No. 14-1), Petitioner was given until July 9, 2026 to file an appeal, (ECF No. 17-1), and to date, no appeal has been filed." (ECF No. 18 at 3.) On August 28, 2026, Petitioner filed objections to the findings and recommendations. (ECF No. 19.) Therein, Petitioner argues that "[b]ecause Petitioner's administrative appeal remains in an ongoing BIA cure-and-tolling process, the removal order has not become final on the basis assumed by the recommendation. Therefore, the petition is not moot." (ECF No. 19 at 2.) The declaration of Petitioner's immigration counsel states in pertinent part:

> In [Petitioner]'s case, I timely filed the Notice of Appeal and fee-waiver request on April 29, 2026, and . . . the fee waiver was rejected because he purported[ly] had a sufficiency of funds.

> [Petitioner] has since refiled the Notice of Appeal and corresponding fee waiver six times, each time within the cure period. His next fee Notice of Appeal and fee waiver deadline is September 3, 2026, where absent he comes into funds, another fee waiver will be sought.

(ECF No. 19 at 13.) The Court finds that additional briefing addressing Petitioner's "ongoing BIA cure-and-tolling process" would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. On or before September 4, 2026, Petitioner SHALL FILE documentation that he has filed a new notice of appeal and fee waiver with the Board of Immigration Appeals;
2. On or before September 9, 2026, Respondents SHALL FILE a reply to Petitioner's objections; and
3. If the Board of Immigration Appeals issues a rejection notice, Petitioner SHALL FILE a copy of the rejection notice within **TWO (2) days** of the date of said notice.

IT IS SO ORDERED.

Dated: **August 31, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE